CO-386-online
10/03

# United States District Court
# For the District of Columbia

Lynn Kohan                              )
                                        )
                                        )
                                        )
              vs    Plaintiff           )    Civil Action No._____
                                        )
H&R Block, Inc.; H&R Block Financial    )
Advisors, Inc.                          )
                                        )
                    Defendant           )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __H&R Block, Inc._____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __H&R Block, Inc._____ which have any outstanding securities in the hands of the public:

Parent companies: None
Subsidiaries: None
Affiliates: None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record
_[signature]_
Signature

358870
BAR IDENTIFICATION NO.

Paul M. Smith, Jenner & Block LLP
Print Name

601 13th St NW Suite 1200S
Address

Washington    DC           20005
City          State        Zip Code

202-639-6000
Phone Number