CO-386-online
10/03

# United States District Court
# For the District of Columbia

Lynn Kohan )
)
)
)
vs    Plaintiff )   Civil Action No._____
)
H&R Block, Inc.; H&R Block Financial )
Advisors, Inc. )
)
Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for   H&R Block Financial Advisors, Inc.   certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of   H&R Block Financial Advisors, Inc.   which have any outstanding securities in the hands of the public:

Parent companies: H&R Block, Inc.
Subsidiaries: None
Affiliates: None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record
_____
Signature

358870
BAR IDENTIFICATION NO.

Paul M. Smith, Jenner & Block LLP
Print Name

601 13th St NW Suite 1200S
Address

Washington     DC         20005
City           State      Zip Code

202-639-6000
Phone Number