A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Lynn Kohan

        Plaintiff(s)   )    **APPEARANCE**

vs.   )    CASE NUMBER   06-1066 (RCL)

H&R Block, Inc., and H&R Block Financial Advisors, Inc.,
        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of  Michael B. DeSanctis  as counsel in this
                (Attorney's Name)

case for:  Defendants H&R Block, Inc., and H&R Block Financial Advisors, Inc.
                (Name of party or parties)

June 14, 2006
Date

*[Signature]*
Signature

460961
BAR IDENTIFICATION

Michael B. DeSanctis, Jenner & Block LLP
Print Name

601 13th St. NW Suite 1200S
Address

Washington, DC     20006
City    State      Zip Code

202-639-6000
Phone Number