**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LYNN KOHAN | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )    No. 1:06 CV 01066 (RCL) |
| | ) |
| H&R BLOCK, INC. and | ) |
| H&R BLOCK FINANCIAL ADVISORS, INC. | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION TO TRANSFER VENUE AND POSTPONE DATE TO
ANSWER OR OTHERWISE PLEAD**

Defendants, H&R Block, Inc. ("Block") and H&R Block Financial Advisors, Inc.

("HRBFA"), by their counsel, hereby move this Court pursuant to 28 U.S.C. §1404(a) to transfer

this action to the United States District Court for the Western District of Missouri, Western

Division.  Pursuant to Fed. R. Civ. P. 6(b), Defendants also request that the date for filing their

answers or other responsive pleadings to Plaintiff's Complaint be postponed until after this Court

rules on Defendants' motion to transfer or, alternatively, until such time as the Court in the

Western District of Missouri sets for the filing of responsive pleadings.

Pursuant to Local Civil Rule 7(m), counsel for Defendants has met and conferred with

counsel for Plaintiff regarding this motion in order to determine whether Plaintiff's counsel

would oppose this motion.  Counsel for Plaintiff does oppose the motion to transfer, but agrees

that Defendants may have an additional 30 days to answer or otherwise respond to the

Complaint.

Plaintiff brought this suit on behalf of the general public of the District of Columbia,

alleging that Defendants violated the District of Columbia Consumer Protection Procedures Act

("CPPA"), D.C. Code § 28-3901 *et seq.,* through deception and misrepresentations in connection

with the marketing and sale of a qualified, federally-insured cash deposit account called the "Express IRA" ("XIRA"). Plaintiff's complaint alleges substantially similar facts and mirrors the allegations of a lawsuit that was filed by the Attorney General of the State of New York on March 15, 2006.

Since the filing of the New York Attorney General's lawsuit, 15 XIRA class action lawsuits that allege substantially similar facts and allegations have been filed in federal district courts. Nine of the XIRA cases were originally filed in the Western District of Missouri, while five other cases were filed in other district courts but have now been transferred to the Western District of Missouri. Defendants have moved to consolidate the cases in the Western District of Missouri into a single proceeding before that Court. Thus, the present case is now one of only two XIRA lawsuits that are still pending outside the Western District of Missouri, and a motion to transfer the other case from the Southern District of Illinois to the Western District of Missouri is fully briefed and awaiting decision.

The same reasons that caused other XIRA plaintiffs to file in the Western District of Missouri and convinced other federal courts to transfer XIRA cases to that district also compel the transfer of this case to that court. Venue is proper in the Western District of Missouri because Block resides there and a substantial part of the events or omissions allegedly giving rise to the claims, to the extent they are attributed to Block, occurred at Block's headquarters in Kansas City, Missouri. The private interests of the parties favor transfer because the overwhelming majority of witnesses and documents relevant to the claims and defenses at issue in this case are located in the Western District of Missouri. Further, the interest of justice and judicial economy favors transfer of this action to the Western District of Missouri, where it may

be consolidated with 14 substantially similar XIRA cases pending there to avoid the waste of

time, energy and money associated with duplicative, piecemeal litigation.

ACCORDINGLY, Defendants respectfully request, pursuant to 28 U.S.C. § 1404(a), that

this Court transfer this action to the U.S. District Court for the Western District of Missouri,

Western Division.   Pursuant to Fed. R. Civ. P. 6(b), Defendants also request that the date for

filing their answers or other responsive pleadings be postponed until a date to be determined

after this Court rules on Defendants' motion to transfer or, alternatively, until such time as the

Court in the Western District of Missouri sets for the filing of responsive pleadings.   A

memorandum of law including supporting affidavits and exhibits is submitted in further support

of this motion.

Dated:  June 20, 2006                    Respectfully submitted,

**H&R BLOCK, INC. and H&R BLOCK FINANCIAL ADVISORS, INC.**

By:     /s/    Michael B. DeSanctis
_____

One of Their Attorneys

Paul M. Smith (D.C. Bar No. 358870)
Michael B. DeSanctis (D.C. Bar No. 460961)
Ginger D. Anders (D.C. Bar No. 494471)
JENNER & BLOCK LLP
601 Thirteenth Street, NW
Suite 1200 South
Washington DC 20005-3823
Telephone: 202-639-6000
Facsimile: 202-639-6066

Anton R. Valukas
Matthew M. Neumeier
Richard P. Steinken
Molly J. Moran
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LYNN KOHAN | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
|         vs. | )    No. 1:06 CV 01066 (RCL) |
| | ) |
| H&R BLOCK, INC. and | ) |
| H&R BLOCK FINANCIAL ADVISORS, INC. | ) |
| | ) |
|       Defendants. | ) |

## [PROPOSED] ORDER

The Court, having considered Defendants' Motion to Transfer Venue and Postpone Date to Answer or Otherwise Plead, is of the opinion that the motion should be granted.  Therefore, it is ORDERED that the motion is GRANTED.  The Clerk of the Court shall transfer this case to the United States District Court for the Western District of Missouri, Western Division. Accordingly, it is further ORDERED that the date for filing any answers or other responsive pleadings be postponed until such time as the Court in the Western District of Missouri sets for the filing of responsive pleadings.

DONE and ORDERED this _____ day of _____, 2006.

_____
U.S. DISTRICT JUDGE

4

Persons to be Notified of the Entry of This Order:

Paul M. Smith (D.C. Bar No. 358870)
Michael B. DeSanctis (D.C. Bar No. 460961)
Ginger D. Anders (D.C. Bar No. 494471)
JENNER & BLOCK LLP
601 Thirteenth Street, NW
Suite 1200 South
Washington DC 20005-3823
Telephone: 202-639-6000
Facsimile: 202-639-6066

Anton R. Valukas
Matthew M. Neumeier
Richard P. Steinken
Molly J. Moran
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

Tracy D. Rezvani
Donald J. Enright
Hilary Ratway
Stan M. Doerrer
FINKELSTEIN, THOMPSON & LOUGHRAN
The Duvall Foundry
1050 30th Street. NW
Washington, DC 20007
(202) 337-8000
(202) 337-8090 fax

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2006, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Tracy D. Rezvani
Donald J. Enright
Hilary Ratway
Stan M. Doerrer
FINKELSTEIN, THOMPSON & LOUGHRAN
The Duvall Foundry
1050 30th Street. NW
Washington, DC 20007
(202) 337-8000
(202) 337-8090 fax


/s/ ___ Michael B. DeSanctis