# Exhibit D

## AFFIDAVIT OF BRIAN J. CHRISTENSEN

COUNTY OF JACKSON    )
                          ) ss
STATE OF MISSOURI      )

I, Brian J. Christensen, declare under penalty of perjury that I have personal knowledge of the matter stated herein, and, if called as a witness, could competently testify to the matter set forth in this affidavit.

1.      I am employed by HRB Management, Inc. in the position of Assistant Vice President and Corporate Counsel.

2.      H&R Block, Inc. and H&R Block Tax Services, Inc. are incorporated under the laws of the State of Missouri. The principal place of business of H&R Block, Inc. and of numerous Block subsidiaries, including H&R Block Tax Services, Inc., is maintained at H&R Block World Headquarters ("Block Headquarters") in Kansas City, Missouri.

3.      On March 15, 2006, the Attorney General of the State of New York filed in New York state court a lawsuit ("the New York litigation") challenging the marketing, sale and administration of the Express IRA product ("XIRA").

4.      Since the filing of the New York litigation, class action lawsuits that substantially mirror the allegations of the New York litigation and allege substantially similar facts and claims have been filed in various United States District Courts. Five such XIRA class action lawsuits have been transferred by other district courts to the Western District of Missouri, where nine other such lawsuits were originally filed. Defendants have moved to consolidate all pending XIRA actions into a single proceeding before that court. One XIRA class action lawsuit is pending in the Southern District of Illinois, where a fully-briefed motion to transfer

that case to the Western District of Missouri is awaiting decision. Another XIRA lawsuit has been removed to the U.S. District Court for the District of Columbia.

5. Development of the XIRA was handled out of Block's headquarters in Kansas City, Missouri. Key witnesses who were involved in the development of the XIRA work in Kansas City, Missouri, which is the headquarters for H&R Block, Inc. and the majority of its subsidiaries, including H&R Block Tax Services, Inc. These witnesses include Douglas Hartung (Director of Express Products), Bernie Wilson (Vice President of Outreach and Development and member of a team that developed the XIRA), and John Thompson (Assistant Vice-President of Outreach and Development and member of a team that developed the XIRA). In addition, the majority of the individuals employed by Block subsidiaries that Plaintiff may wish to depose reside in Kansas City, Missouri. All of the witnesses identified above will be inconvenienced by venue in the District of Columbia.

6. If any of the alleged acts or omissions giving rise to the claims in the pending litigation are attributed to H&R Block, Inc. or H&R Block Tax Services, Inc., the majority of these alleged acts or omissions, if they occurred, would have occurred at in Kansas City, Missouri, which is the headquarters for H&R Block, Inc. and H&R Block Tax Services, Inc.

7. The majority of the documents relevant to the claims and defenses at issue in the pending litigation are located in Kansas City, Missouri.

I declare under penalty of perjury that the foregoing is true and correct.

Brian J. Christensen

Subscribed and sworn to before me
this 13th day of June, 2006

Notary Public

CHICAGO_1414681_2

> BRENDA L. BECKER
> Notary Public - Notary Seal
> STATE OF MISSOURI
> Jackson County
> My Commission Expires: Jan. 20, 2008

3