# Exhibit E

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LYNN KOHAN | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 1:06 CV 01066 |
| | ) |
| H&R BLOCK, INC. and | ) |
| H&R BLOCK FINANCIAL ADVISORS, INC. | ) |
| | ) |
| Defendants. | ) |

### AFFIDAVIT OF BRET G. WILSON

I, Bret G. Wilson, declare and state as follows:

1. I am currently the Vice President and Secretary of H&R Block, Inc. I either have personal knowledge as to the facts and matters set forth in this affidavit or I have determined that such facts and matters are true and correct on the basis of information obtained from various sources, including my own personal experience as Vice President and Secretary of H&R Block, Inc., corporate records, documents maintained by H&R Block, Inc. in the regular course of its business, other information brought to my attention in the course of my employment, or on the basis of corporate documents within my possession and/or control.

2. H&R Block, Inc., which was organized on July 27, 1955 under the laws of the State of Missouri, is a holding company that itself conducts no business with consumers directly. The H&R Block corporate family consists of 76 separate, legally distinct entities. All relevant corporate formalities are observed separately between these entities.

3. H&R Block, Inc. is the parent corporation in a two-tier holding company structure following a 1993 corporate restructuring. H&R Block, Inc.'s headquarters is in Kansas City, Missouri.

4.      The only place in which H&R Block, Inc. does business is Kansas City, Missouri.

5.      H&R Block Financial Advisors, Inc. was formed in 1970. It was acquired by a subsidiary of H&R Block, Inc. in 1999 and is an indirect, wholly-owned subsidiary of H&R Block, Inc. An indirect subsidiary is a wholly owned subsidiary of an H&R Block, Inc. wholly-owned subsidiary.

6.      H&R Block, Inc. and H&R Block Financial Advisors, Inc. have only a parent-subsidiary relationship and are completely separate entities, with their own boards of directors, officers and managing agents who are primarily responsible for their respective separate businesses. As a shareholder, H&R Block, Inc. does not control the day-to-day management, marketing or operational activities of H&R Block Financial Advisors, Inc. H&R Block, Inc. does not pay the salaries of any employees of indirect subsidiary H&R Block Financial Advisors, Inc., which keeps its own corporate records, financial records and bank accounts. H&R Block, Inc. consistently maintains corporate formalities.

7.      H&R Block, Inc. does not pay the salaries of any employees of any of its direct or indirect subsidiaries, which keep their own records on income, losses and gains. H&R Block, Inc. consistently maintains corporate formalities.

8.      H&R Block, Inc. maintains a government relations office in the District of Columbia. H&R Block, Inc. itself conducts no business with consumers directly in the District of Columbia.

9.      H&R Block, Inc. conducts no business with consumers directly in the District of Columbia. Tax preparation offices bearing the name "H&R Block" that are located in the District of Columbia are not owned or operated by H&R Block, Inc. "H&R Block" is a federally-registered service mark that is owned by an indirect H&R Block, Inc. subsidiary and

licensed for use by other H&R Block, Inc. subsidiaries and third-party licensees, such as independent franchises operating under that mark.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NOT.

Executed on this 13th day of June, 2006.

*[signature]*
Bret G. Wilson

SWORN AND SUBSCRIBED TO before me on this ~~17th~~ 13th day of ~~May~~ June, 2006.

*[signature]*
Notary Public

> **BRENDA L. BECKER**
> Notary Public - Notary Seal
> STATE OF MISSOURI
> Jackson County
> My Commission Expires: Jan. 20, 2008

3