# Exhibit F

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LYNN KOHAN | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )    No. 1:06 CV 01066 |
| | ) |
| H&R BLOCK, INC. and | ) |
| H&R BLOCK FINANCIAL ADVISORS, INC. | ) |
| | ) |
| Defendants. | ) |

### <u>AFFIDAVIT OF GINGER D. ANDERS</u>

I, Ginger D. Anders, hereby declare under penalty of perjury:

1.    I am associated with Jenner & Block LLP, counsel for Defendants, and submit this declaration in support of Defendants' Motion to Transfer the above-captioned case to the Western District of Missouri pursuant to 28 U.S.C. § 1404(a).

2.    Attached is a true and correct copy of two pages from the 2005 Judicial Caseload Profile, showing caseload statistics for the District of Columbia and the Western District of Missouri. These documents were located on a publicly-accessible website maintained by the Administrative Office of the U.S. Courts, and can be located at:

http://www.uscourts.gov/cgi-bin/cmsd2005.pl.

_____
Ginger D. Anders

Subscribed and sworn to before me
this /4th day of June, 2006

_____
Notary Public

Cheryl L. Olson
Notary Public, District of Columbia
My Commission Expires 10-31-2009

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|
| **DISTRICT OF COLUMBIA** | | 2005 | 2004 | 2003 | 2002 | 2001 | 2000 | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | 3,383 | 3,121 | 3,461 | 3,382 | 3,377 | 3,682 | | |
| | Terminations | 3,305 | 3,365 | 3,101 | 3,159 | 3,291 | 3,517 | | |
| | Pending | 4,634 | 4,422 | 4,656 | 4,338 | 4,151 | 4,069 | | |
| | % Change in Total Filings — Over Last Year | | 8.4 | | | | | 12 | - |
| | % Change in Total Filings — Over Earlier Years | | | -2.3 | .0 | .2 | -8.1 | 69 | - |
| | Number of Judgeships | 15 | 15 | 15 | 15 | 15 | 15 | | |
| | Vacant Judgeship Months** | .0 | .0 | 3.1 | 17.1 | 27.4 | 27.3 | | |
| ACTIONS PER JUDGESHIP | FILINGS — Total | 226 | 208 | 231 | 225 | 225 | 245 | 90 | - |
| | FILINGS — Civil | 180 | 163 | 184 | 179 | 197 | 224 | 86 | - |
| | FILINGS — Criminal Felony | 30 | 32 | 35 | 34 | 28 | 21 | 89 | - |
| | FILINGS — Supervised Release Hearings** | 16 | 13 | 12 | 12 | - | - | 57 | - |
| | Pending Cases | 309 | 295 | 310 | 289 | 277 | 271 | 76 | - |
| | Weighted Filings** | 272 | 261 | 280 | 271 | 284 | 277 | 85 | - |
| | Terminations | 220 | 224 | 207 | 211 | 219 | 234 | 89 | - |
| | Trials Completed | 10 | 15 | 15 | 12 | 12 | 11 | 84 | - |
| MEDIAN TIMES (months) | From Filing to Disposition — Criminal Felony | 12.9 | 12.8 | 10.2 | 9.6 | 7.7 | 7.2 | 87 | - |
| | From Filing to Disposition — Civil** | 10.8 | 10.3 | 10.3 | 10.5 | 9.8 | 9.9 | 66 | - |
| | From Filing to Trial** (Civil Only) | 35.0 | 27.4 | 25.0 | 29.0 | 24.0 | 24.0 | 79 | - |
| OTHER | Civil Cases Over 3 Years Old** — Number | 468 | 408 | 445 | 359 | 282 | 231 | | |
| | Civil Cases Over 3 Years Old** — Percentage | 14.1 | 12.8 | 12.7 | 11.1 | 8.6 | 6.9 | 84 | - |
| | Average Number of Felony Defendants Filed Per Case | 1.5 | 1.5 | 1.3 | 1.4 | 1.3 | 1.4 | | |
| | Jurors — Avg. Present for Jury Selection | 86.63 | 75.49 | 85.69 | 93.32 | 69.99 | 80.53 | | |
| | Jurors — Percent Not Selected or Challenged | 53.6 | 50.4 | 56.6 | 55.7 | 51.9 | 56.8 | | |

### 2005 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE

| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 2698 | 43 | 55 | 711 | 23 | 34 | 168 | 167 | 199 | 72 | 618 | 24 | 584 |
| Criminal* | 448 | 1 | 150 | 22 | 125 | 52 | 14 | 5 | 1 | 12 | 4 | 33 | 29 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\** See "Explanation of Selected Terms."

Judicial Caseload Profile Report

Page 1 of 1

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **MISSOURI WESTERN** | | | 2005 | 2004 | 2003 | 2002 | 2001 | 2000 | Numerical Standing | |
| OVERALL CASELOAD STATISTICS | | Filings* | 3,417 | 3,119 | 2,987 | 3,073 | 3,079 | 2,124 | U.S. | Circuit |
| | | Terminations | 3,119 | 3,115 | 3,012 | 3,229 | 2,699 | 2,614 | | |
| | | Pending | 2,842 | 2,485 | 2,465 | 2,523 | 2,674 | 1,713 | | |
| | % Change in Total Filings | Over Last Year | | 9.6 | | | | | 11 | 3 |
| | | Over Earlier Years | | | 14.4 | 11.2 | 11.0 | 60.9 | 5 | 2 |
| | Number of Judgeships | | 6 | 6 | 6 | 6 | 6 | 6 | | |
| | Vacant Judgeship Months** | | .0 | .0 | .0 | 10.2 | 12.0 | 8.3 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 570 | 521 | 498 | 513 | 513 | 354 | 15 | 3 |
| | | Civil | 420 | 386 | 363 | 399 | 427 | 272 | 17 | 3 |
| | | Criminal Felony | 117 | 106 | 110 | 89 | 86 | 82 | 17 | 6 |
| | | Supervised Release Hearings** | 33 | 29 | 25 | 25 | - | - | 17 | 2 |
| | Pending Cases | | 474 | 414 | 411 | 421 | 446 | 286 | 23 | 4 |
| | Weighted Filings** | | 563 | 550 | 521 | 525 | 536 | 394 | 18 | 4 |
| | Terminations | | 520 | 519 | 502 | 538 | 450 | 436 | 26 | 4 |
| | Trials Completed | | 23 | 12 | 18 | 25 | 20 | 27 | 28 | 4 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 10.3 | 8.9 | 8.9 | 9.0 | 9.6 | 8.9 | 66 | 9 |
| | | Civil** | 9.4 | 10.0 | 10.3 | 10.4 | 10.8 | 11.7 | 39 | 5 |
| | From Filing to Trial** (Civil Only) | | 20.4 | 21.5 | 21.0 | 18.0 | 19.0 | 19.5 | 30 | 6 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 39 | 33 | 43 | 31 | 32 | 28 | | |
| | | Percentage | 1.9 | 1.8 | 2.3 | 1.5 | 1.4 | 2.1 | 10 | 4 |
| | Average Number of Felony Defendants Filed Per Case | | 1.4 | 1.5 | 1.4 | 1.4 | 1.5 | 1.7 | | |
| | Jurors | Avg. Present for Jury Selection | 45.40 | 39.89 | 42.59 | 44.71 | 64.95 | 50.58 | | |
| | | Percent Not Selected or Challenged | 38.8 | 36.4 | 38.3 | 34.1 | 51.8 | 41.1 | | |

| 2005 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 2518 | 479 | 191 | 739 | 18 | 7 | 136 | 208 | 177 | 80 | 329 | 3 | 151 |
| Criminal* | 698 | 10 | 160 | 32 | 305 | 63 | 18 | 50 | 14 | 14 | 10 | 6 | 16 |

\*  Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."