UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LYNN KOHAN, )
 )
        Plaintiff, )    Civil Action No. 06-1066 (RCL)
v. )
 )
H&R BLOCK, INC. and H&R BLOCK )
FINANCIALADVISORS, INC., )
 )
        Defendants. )
_____ )

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO REMAND FOR LACK OF SUBJECT MATTER JURISDICTION**

WHEREAS the Court has considered Plaintiff's Motion to Remand for Lack of Subject Matter Jurisdiction ("Motion") and all papers filed in support and in opposition thereto;

WHEREAS the Court concludes that it lacks subject matter jurisdiction because the amount in controversy does not exceed $75,000 as required by 28 U.S.C. § 1332(a);

IT IS ORDERED that the Motion is GRANTED and that the case is hereby REMANDED to the Superior Court for the District of Columbia.

Dated: ___ day of _____, 2006          _____
                                                          Royce C. Lambert, J.