UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LYNN KOHAN, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 06-1066 (RCL) |
| v. ) | |
| ) | |
| H&R BLOCK, INC. and H&R BLOCK ) | |
| FINANCIALADVISORS, INC., ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 5th day of July, 2006, true and correct copies of Plaintiff's Corrected Memorandum in Opposition to Defendants' Motion to Transfer Venue was served via **facsimile and first class mail** upon:

| | |
|---|---|
| Paul M. Smith<br>Ginger D. Anders<br>JENNER & BLOCK LLP<br>601 Thirteenth Street, NW<br>Suite 1200 South<br>Washington, DC 20005<br>Tel:  202-639-6000<br>Fax:  202-639-6066 | Anton R. Valukas<br>Matthew M. Neurmeier<br>Richard P. Steinken<br>Molly J. Moran<br>JENNER & BLOCK LLP<br>One IBM Plaza<br>Chicago, IL 60611<br>Tel:  312-222-9350<br>Fax:  312-527-0484 |

         /s/ Sandy Irwin_____
         Sandy Irwin