UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LYNN KOHAN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 06-1066 (RCL) |
| v. | ) | |
| | ) | |
| H&R BLOCK, INC. and H&R BLOCK FINANCIALADVISORS, INC., | ) ) | |
| | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART DEFENANTS' MOTION TO TRANSFER VENUE AND POSTPONE DATE TO ANSWER OR OTHERWISE PLEAD**

WHEREAS the Court has considered Defendants' Motion to Transfer Venue and Postpone Date to Answer or Otherwise Plead ("Motion") and all papers filed in support and in opposition thereto;

WHEREAS the Court concludes that transfer is not warranted in this case;

IT IS ORDERED that the Motion is DENIED insofar as it relates to the transfer of venue and that the case shall remain in the United States District Court for the District of Columbia.  The Motion is GRANTED insofar as it relates to Defendants' request to postpone date to answer or otherwise plead.

Dated: ___ day of _____, 2006        _____
                                          Royce C. Lambert, J.