UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LYNN KOHAN,<br><br>          Plaintiff,<br>v.<br><br>H&R BLOCK, INC. and H&R BLOCK FINANCIALADVISORS, INC.,<br><br>          Defendants. | Civil Action No. 06-1066 (RCL) |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Hilary K. Ratway as counsel for Plaintiff in this matter. Her former contact information was:

> Finkelstein, Thompson & Loughran
> 1050 30th Street NW
> Washington, DC 20007
> Telephone: (202) 337-8000
> Facsimile: (202) 337-8090

Dated: August 31, 2006

        /s/ Tracy D. Rezvani
        Tracy D. Rezvani
        Donald J. Enright
        Finkelstein Thompson & Loughran
        1050 30th Street NW
        Washington, DC 20007

*Counsel for Plaintiff Lynn Kohan*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LYNN KOHAN,<br><br>    Plaintiff,<br>v.<br><br>H&R BLOCK, INC. and H&R BLOCK FINANCIALADVISORS, INC.,<br><br>    Defendants. | Civil Action No. 06-1066 (RCL) |

## CERTIFICATE OF SERVICE

  The undersigned certifies that on this 14th day of July, 2006, true and correct copies of the Notice of withdrawal of Appearance was served by **electronic filing and first class mail** upon:

| | |
|---|---|
| Paul M. Smith<br>Ginger D. Anders<br>JENNER & BLOCK LLP<br>601 Thirteenth Street, NW<br>Suite 1200 South<br>Washington, DC 20005<br>Tel: 202-639-6000<br>Fax: 202-639-6066 | Anton R. Valukas<br>Matthew M. Neurmeier<br>Richard P. Steinken<br>Molly J. Moran<br>JENNER & BLOCK LLP<br>One IBM Plaza<br>Chicago, IL 60611<br>Tel: 312-222-9350<br>Fax: 312-527-0484 |

                 /s/ Tracy D. Rezvani
                 Tracy D. Rezvani