UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LYNN KOHAN, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>H&R BLOCK, INC. and H&R BLOCK )<br>FINANCIALADVISORS, INC., )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 06-1066 (RCL) |

NOTICE OF LODGMENT
OF LYNN KOHAN'S MOTION TO VACATE
THE CONDITIONAL TRANSFER ORDER AT THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

Plaintiff Lynn Kohan hereby gives notice as to her filing of the attached Motion To Vacate the Conditional Transfer Order and supporting memorandum in front of the Judicial Panel on Multidistrict Litigation ("Panel") on September, 28, 2006.

Plaintiff filed this Motion and supporting memorandum in response to the Conditional Transfer Order issued by the Panel on August 30, 2006. In this Motion, Plaintiff references her earlier filings in this Court on the issue of Remand in support of her argument that this case should not be transferred to the Western District of Missouri pursuant to 28 U.S.C. § 1407(a), but that rather, should be remanded to the D.C. Superior Court. Of note, Plaintiff details her arguments regarding the lack of standing in federal district court (and consequent lack of subject matter jurisdiction) specifically raised previously in Plaintiff's *Reply in Support of Remand For Lack of Subject Matter Jurisdiction* ("Reply"). See Reply at 12 n.8.

| | |
|---|---|
| Dated:  October 2, 2006 | **FINKELSTEIN, THOMPSON & LOUGHRAN**<br><br>*/s/ Tracy Rezvani*<br>Tracy D. Rezvani  (DC Bar #464293)<br>Donald J. Enright (DC Bar #463007)<br>Stan M. Doerrer<br>The Duvall Foundry<br>1050 30th Street, NW<br>Washington, DC  20007<br>(202) 337-8000<br>(202) 337-8090 fax |