

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE H&R BLOCK, INC.　　　　　　　　　　　MDL Docket No. 1786
EXPRESS IRA MARKETING
LITIGATION

### LYNN KOHAN'S MOTION
### TO VACATE THE CONDITIONAL TRANSFER ORDER

Pursuant to Rule 7.4(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Plaintiff Lynn Kohan hereby moves to vacate the conditional transfer order filed with the Clerk of the Panel on August 30, 2006. As is discussed further in the related Memorandum of Law In Support of Lynn Kohan's Motion to Vacate the Conditional Transfer Order, this litigation should not be subject to transfer because it will not be for "the convenience of the parties and witnesses" and it will not "promote the just and efficient conduct of such actions" as is required by 28 U.S.C. § 1407(a). Accordingly, Lynn Kohan respectfully requests that the Conditional Transfer Order be vacated insofar as it relates to her case.

Dated: September 28, 2006

Respectfully submitted,

*/s/ Tracy Rezvani*

Tracy D. Rezvani, Esq.
Donald J. Enright, Esq.
Stan M. Doerrer, Esq.
FINKELSTEIN, THOMPSON
& LOUGHRAN
1050 30th Street, NW
Washington, DC  20007
Office Tel: (202) 337-8000
Office Fax: (202) 337-8090

*Attorneys For Plaintiff Lynn Kohan*