A CERTIFIED TRUE COPY

DEC 18 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 18 2006

FILED
CLERK'S OFFICE

## DOCKET NO. 1786

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE H&R BLOCK, INC., EXPRESS IRA MARKETING LITIGATION

*Lynn Kohan v. H&R Block, Inc., et al.*, D. District of Columbia, C.A. No. 1:06-1066

**BEFORE WM. TERRELL HODGES, CHAIRMAN, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, JR., KATHRYN H. VRATIL, DAVID R. HANSEN AND ANTHONY J. SCIRICA, JUDGES OF THE PANEL**

### TRANSFER ORDER

Before the Panel is a motion brought, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), by plaintiff in a District of District of Columbia action to vacate the Panel's order conditionally transferring the action to the Western District of Missouri for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket. Defendants H&R Block, Inc., and H&R Block Financial Advisors, Inc. (collectively H&R Block) oppose the motion and urge inclusion of the action in the MDL-1786 proceedings.

On the basis of the papers filed and hearing session held (without oral argument), the Panel finds that this action involves common questions of fact with the actions in this litigation previously transferred to the Western District of Missouri, and that transfer of this action to the Western District of Missouri for inclusion in the coordinated or consolidated pretrial proceedings in that district will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. The Panel further finds that transfer of this action is appropriate for reasons expressed by the Panel in its original order directing centralization in this docket. In that order, the Panel held that the Western District of Missouri was a proper Section 1407 forum for actions involving allegations that H&R Block breached fiduciary duties owed to its tax clientele in connection with the marketing and sale of the Express Individual Retirement Account investment product. *See In re H&R Block, Inc., Express IRA Marketing Litigation*, 444 F.Supp.2d 1339 (J.P.M.L. 2006).

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, this action is transferred to the Western District of Missouri and, with the consent of that court, assigned to the Honorable Richard E. Dorr for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

ECF
DOCUMENT
I hereby attest and certify this is a printed copy of a document which was electronically filed with the United States District Court for the Western District of Missouri.

Date Filed: 12/26/2006

PL. BRUNE, CLERK

By: _____, Deputy Clerk

FOR THE PANEL:

*[signature]*

Wm. Terrell Hodges
Chairman

## INVOLVED COUNSEL LIST
## DOCKET NO. 1786
## IN RE H&R BLOCK, INC., EXPRESS IRA MARKETING LITIGATION

Tracy D. Rezvani
Finkelstein, Thompson & Loughran
1050 30th Street, N.W.
Washington, DC 20007

Paul M. Smith
Jenner & Block, LLC
601 13th Street, N.W.
12th Floor
Washington, DC 20005-6000